UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MORALES, CESAR GARCIA, ERIBERTO ZURITA, HUGO VASQUEZ, MARCIA ZACA, SALVADOR DELGADO, LAURO ARELLANO, and RICARDO GARCIA individually and on behalf of all other persons similarly situated who were employed by 47TH ST. FOOD, INC. (d/b/a/ BLAKE & TODD RESTAURANT); ALEX RACHOWIN and/or any other entities affiliated with or controlled by 47TH ST. FOOD, INC.<br><br>Plaintiffs,<br><br>- against -<br><br>47TH ST. FOOD, INC. (d/b/a/ BLAKE & TODD RESTAURANT) and ALEX RACHOWIN and/or any other entities affiliated with or controlled by 47TH ST. FOOD, INC. and ALEX RACHOWIN,<br><br>Defendants. | Docket No.: 10-cv-5746 (RLE) (consolidated with Case No.: 11-cv-2103)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the Declaration of Lloyd Ambinder and annexed exhibits, Affirmation of Michael A. Faillace, and memorandum of law in support, the undersigned will move this Court at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Honorable Ronald L. Ellis, on February 21, 2013 at 9:00 a.m. for an Order granting final approval of the settlement of this action and such other relief the Court sees fit.

Dated: February 4, 2013
        New York, New York

_____/s/_____
Lloyd Ambinder, Esq.
**VIRGINIA & AMBINDER, LLP**
111 Broadway, Suite 1403
New York, New York 10006
Tel:    (212) 943-9080
Fax:   (212) 943-9082
lambinder@vandallp.com

        **Faillace & Associates, P.C.**
        Michael A. Faillace, Esq.
        110 East 59th St., 32nd Floor
        New York, New York 10022
        Tel: (212) 317-1200
        Fax: (212) 317-1620

        *Attorneys for Plaintiffs and Class*

To:
**DAVIS & GILBERT, LLP**
Gregg A. Gilman, Esq.
Jason Pruzansky, Esq.
1740 Broadway
New York, NY 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888